**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CV-24775-RAR**

**KRISTINA MCLELAN**,
*individually and on behalf of*
*all others similarly situated*,

Plaintiff,

v.

**SUPPORT PETS LLC**,

Defendant.
_______________________________________/

**ORDER TO SHOW CAUSE**

**THIS CAUSE** comes before the Court upon *sua sponte* review of the docket. On July 13, 2026, Plaintiff filed her Complaint, [ECF No. 1]. On July 14, 2026, a summons was issued as to Defendant, [ECF No. 3]. On July 17, 2026, Plaintiff filed a Return of Service, [ECF No. 6], indicating that Defendant was served with the summons and Complaint on that day. Pursuant to Federal Rule of Civil Procedure 12(a), Defendant was required to file a response or answer to Plaintiff's Complaint by August 7, 2026. To date, there is no indication that Defendant has filed a response or answer, nor has Defendant requested an extension of time to do so. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendant shall file its response or answer to the Complaint on or before **August 28, 2026**, and show good cause for its failure to timely file a response or answer. Failure to do so will result in the entry of default against Defendant without further notice. **Plaintiff shall serve this Order on Defendant and file proof of service thereof on or before August 19, 2026.**

**DONE AND ORDERED** in Miami, Florida this 14th day of August, 2026.

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**