**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:26-cv-24775-RAR**

| | |
|---|---|
| KRISTINA MCLELAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUPPORT PETS LLC,<br><br>Defendant. | CLASS ACTION |

**<u>PLAINTIFFS' NOTICE OF STRIKING ECF 008</u>**

Plaintiff in the captioned matter hereby files this Notice of Striking ECF 008, filed on August 17, 2026. The filing was submitted with a "comment" in the signature section of the document and is withdrawn. Plaintiff does not intend for the stricken filing to be considered for any purpose. A corrected version will be filed promptly. Based on the foregoing, the Plaintiff respectfully requests that ECF 008 be stricken from the docket.

Dated: August 17, 2026,

Respectfully submitted,

*/s/ Mariya Weekes*

Mariya Weekes (Fla. Bar. No. 56299)
**MILBERG, PLLC**
333 SE 2nd Avenue, Suite 2000
Miami, FL 33131
Tel: (786) 206-9057
mweekes@milberg.com

*Attorney for Plaintiff McLelan & the Proposed Class*

# CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of August 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record. I further certify that on this same day a copy of the foregoing was served upon the counsel below for Defendant via email:

Neil E. Asnen, Esq.
**KLEIN MOYNIHAN TURCO**
450 Seventh Ave., 40th Floor
New York, NY 10123
Tel: (212) 246-0900
nasnen@kleinmoynihan.com

*/s/ Mariya Weekes*
Mariya Weekes
*Attorney for Plaintiff McLelan & the Proposed Class*