**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:26-cv-24775-RAR**

KRISTINA MCLELAN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

SUPPORT PETS LLC,

Defendant.

**PLAINTIFF'S PROOF OF SERVICE OF ORDER TO SHOW CAUSE**

Plaintiff Kristina McLelan, by and through her undersigned counsel, hereby files this Proof of Service in accordance with the Court's August 14, 2026 Order to Show Cause [ECF No. 7].

On August 14, 2026, Plaintiff's counsel served a true and correct copy of the Court's Order to Show Cause upon counsel for Defendant Support Pets LLC via electronic mail.

Dated: August 17, 2026,

Respectfully submitted,

*/s/ Mariya Weekes*

Mariya Weekes (Fla. Bar. No. 56299)
**MILBERG, PLLC**
333 SE 2nd Avenue, Suite 2000
Miami, FL 33131
Tel: (786) 206-9057
mweekes@milberg.com

*Attorney for Plaintiff McLelan & the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of August 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record. I further certify that on this same day a copy of the foregoing was served upon the below counsel for Defendant via email:

Neil E. Asnen, Esq.
**KLEIN MOYNIHAN TURCO**
450 Seventh Ave., 40th Floor
New York, NY 10123
Tel: (212) 246-0900
nasnen@kleinmoynihan.com

*/s/ Mariya Weekes*
Mariya Weekes
Attorney for Plaintiff