**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:26-cv-24775-RAR**

KRISTINA MCLELAN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

SUPPORT PETS LLC,

Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Pursuant Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, through her undersigned counsel, Plaintiff Kristina McLelan hereby voluntarily dismisses her claims against Defendant Support Pets LLC, in their entirety and without prejudice, with each party bearing its own fees, costs, and expenses.

Date: September 1, 2026

Respectfully submitted,

*/s/ Mariya Weekes*

Mariya Weekes (Fla. Bar. No. 56299)
**MILBERG, PLLC**
333 SE 2nd Avenue, Suite 2000
Miami, FL 33131
Tel: (786) 206-9057
mweekes@milberg.com

*Attorney for Plaintiff Kristina McLelan*